HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
ISAAC ESPARZA CERNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-cr-00224 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| vs. | ) STATUS CONFERENCE, AND TO EXCLUDE ) TIME |
| ISAAC ESPARZA CERNA, | ) Date: April 19, 2018 |
| Defendants. | ) Time: 10:00 A.M. ) Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, United States Attorney McGregor W. Scott, through Assistant United States Attorney Matthew Yelovich, attorney for Plaintiff and Federal Defender Heather Williams, through Assistant Federal Defender Sean Riordan, attorney for defendant Isaac Esparza Cerna that the previously scheduled status conference date of April 19, 2018 be vacated and the matter be set for status conference on June 7, 2018 at 10:00 a.m.

Defense counsel requires additional time to review discovery and to conduct additional defense investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of this stipulation, April 11, 2018, through and including June 7, 2018; pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv) [reasonable time to prepare] and General Order

Stipulation to Continue         -1-

479, Local Code T4 based upon defense preparation.

All counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: April 11, 2018    HEATHER E. WILLIAMS
Federal Defender

*/s/ Sean Riordan*
SEAN RIORDAN
Assistant Federal Defender
Attorney for Defendant
Isaac Esparza Cerna

Dated: April 11, 2018    McGREGOR W. SCOTT
United States Attorney

By:    */s/ Matthew Yelovich*
MATTHEW YELOVICH
Assistant U.S. Attorney
Attorney for Plaintiff

| | |
|---|---|
| 1 | ORDER |
| 2 | The Court, having received, read, and considered the parties' stipulation, and good cause |
| 3 | appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court |
| 4 | specifically finds the failure to grant a continuance in this case would deny defense counsel |
| 5 | reasonable time necessary for effective preparation, taking into account the exercise of due |
| 6 | diligence.  The Court finds the ends of justice served by granting the requested continuance |
| 7 | outweigh the best interests of the public and defendants in a speedy trial. |
| 8 | Time from the date the parties' stipulation, April 11 2018,  up to and including June 7, |
| 9 | 2018, shall be excluded from computation of time within which the trial of this case must be |
| 10 | commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) |
| 11 | [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4). It is |
| 12 | further ordered the April 19, 2018 status conference shall be continued until June 7, 2018, at |
| 13 | 10:00 a.m. |
| 14 | IT IS SO ORDERED. |
| 15 | Dated:  April 16, 2018 |

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Stipulation to Continue                                    -3-