HEATHER E. WILLIAMS, #122664
Federal Defender
SEAN RIORDAN, #255752
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
sean_riordan@fd.org

Attorney for Defendant
ISAAC ESPARZA CERNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-cr-00224 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| vs. | ) STATUS CONFERENCE, AND TO EXCLUDE TIME |
| ISAAC ESPARZA CERNA, | ) Date:  June 7, 2018 |
| Defendants. | ) Time: 10:00 A.M. |
| | ) Judge: Hon. Morrison C. England, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, United States Attorney McGregor W. Scott, through Assistant United States Attorney Matthew Yelovich, attorney for Plaintiff and Federal Defender Heather Williams, through Assistant Federal Defender Sean Riordan, attorney for defendant Isaac Esparza Cerna that the previously scheduled status conference date of June 7, 2018 be vacated and the matter be set for status conference on August 9, 2018 at 10:00 a.m.

Defense counsel requires additional time to review discovery and to discuss case strategy and options with Mr. Cerna.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from the date of this stipulation, June 5, 2018, through and including August 9, 2018; pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv) [reasonable time to prepare] and General Order

Stipulation to Continue                              -1-

479, Local Code T4 based upon defense preparation.

All counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: June 5, 2018      HEATHER E. WILLIAMS
Federal Defender

*/s/ Sean Riordan*
SEAN RIORDAN
Assistant Federal Defender
Attorney for Defendant
Isaac Esparza Cerna

Dated: June 5, 2018      McGREGOR W. SCOTT
United States Attorney

By:    */s/ Matthew Yelovich*
MATTHEW YELOVICH
Assistant U.S. Attorney
Attorney for Plaintiff

# ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

Time from the date the parties' stipulation, June 5, 2018, up to and including August 9, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the June 7, 2018 status conference shall be continued until August 9, 2018, at 10:00 a.m.

IT IS SO ORDERED.

**Dated: June 7, 2018**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE