1   McGREGOR W. SCOTT
    United States Attorney
2   MATTHEW M. YELOVICH
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone: (916) 554-2700
    Facsimile: (916) 554-2900
5

6   Attorneys for Plaintiff
    United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:17-CR-00224 MCE

12                  Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                        TIME PERIODS UNDER SPEEDY TRIAL ACT;
13           v.                         ORDER

14  ISAAC ESPARZA CERNA,                DATE: September 27, 2018
                                        TIME: 10:00 a.m.
15                  Defendant.          COURT: Hon. Morrison C. England, Jr.

16

17                          **STIPULATION**

18          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

19  through defendant's counsel of record, hereby stipulate as follows:

20          1.      By previous order, this matter was set for status on September 27, 2018.

21          2.      By this stipulation, defendant now moves to continue the status conference until

22  November 15, 2018, and to exclude time between September 27, 2018, and November 15, 2018, under

23  Local Code T4.

24          3.      The parties agree and stipulate, and request that the Court find the following:

25                  a)      The government has represented that the discovery associated with this case

26  includes investigative reports and related documents, local police department reports, United

27  States Secret Service ("USSS") forensic examination reports, search warrant related documents,

28  and USSS reports detailing counterfeit bills.  All of this discovery has been either produced

1    directly to counsel and/or made available for inspection and copying.

2        b)    Counsel for defendant desires additional time consult with her client, conduct

3    additional factual and legal research, and otherwise prepare for trial in this matter.

4        c)    Counsel for defendant believes that failure to grant the above-requested

5    continuance would deny him/her the reasonable time necessary for effective preparation, taking

6    into account the exercise of due diligence.

7        d)    The government does not object to the continuance.

8        e)    Based on the above-stated findings, the ends of justice served by continuing the

9    case as requested outweigh the interest of the public and the defendant in a trial within the

10   original date prescribed by the Speedy Trial Act.

11       f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

12   et seq., within which trial must commence, the time period of September 27, 2018 to November

13   15, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local

14   Code T4] because it results from a continuance granted by the Court at defendant's request on

15   the basis of the Court's finding that the ends of justice served by taking such action outweigh the

16   best interest of the public and the defendant in a speedy trial.

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  September 24, 2018                          McGREGOR W. SCOTT
                                                    United States Attorney


                                                    /s/ MATTHEW M. YELOVICH
                                                    MATTHEW M. YELOVICH
                                                    Assistant United States Attorney


Dated:  September 24, 2018                          /s/ LEXI NEGIN
                                                    LEXI NEGIN
                                                    Counsel for Defendant
                                                    ISAAC ESPARZA CERNA

**ORDER**

IT IS SO ORDERED.

Dated:  September 25, 2018


                                                    _____
                                                    MORRISON C. ENGLAND, JR
                                                    UNITED STATES DISTRICT JUDGE