HEATHER E. WILLIAMS, #122664
Federal Defender
LEXI NEGIN, #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710

Attorney for Defendant
ISAAC ESPARZA CERNA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17-cr-224 MCE |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE, AND TO EXCLUDE |
| vs. | ) TIME |
| | ) |
| ISAAC ESPARZA CERNA, | ) Date: November 15, 2018 |
| | ) Time: 10:00 a.m. |
| Defendants. | ) Judge: Hon. Morrison C. England, Jr. |
| | ) |
| | ) |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, United States Attorney McGregor W. Scott, through Assistant United States Attorney Matthew Yelovich, attorney for Plaintiff and Federal Defender Heather Williams, through Assistant Federal Defender Lexi Negin, attorney for defendant Isaac Esparza Cerna that the previously scheduled status conference date of November 15, 2018 be vacated and the matter be set for status conference on January 17, 2019 at 10:00 a.m.

Discovery has been either produced directly to counsel and/or made available for inspection and copying. Counsel for defendant desires additional time to consult with her client, to review the current charges, to conduct investigation and research related to the charges, and to otherwise prepare for trial.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded through and including January 17, 2019; pursuant to 18 U.S.C. §3161(h)(7)(A)and

(B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4 based upon defense preparation.

All counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

Dated: November 13, 2018

HEATHER E. WILLIAMS
Federal Defender

*/s/ Lexi Negin*
LEXI NEGIN
Assistant Federal Defender
Attorney for Defendant
ISAAC ESPARZA CERNA

Dated: November 13, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Matthew Yelovich*
MATTHEW YELOVICH
Assistant Unied States Attorney
Attorney for Plaintiff

ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice served by granting the requested continuance outweigh the best interests of the public and defendants in a speedy trial.

Time excluded through January 17, 2019 from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for defense counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 15, 2018 status conference shall be continued until January 17, 2019, at 10:00 a.m.

IT IS SO ORDERED.

**Dated: November 14, 2018**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE