HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Cerna

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17CR224-DAD |
| Plaintiff, | **STIPULATION TO CONTINUE FINAL REVOCATION HEARING; FINDINGS AND ORDER]** |
| vs. | |
| ISAAC ESPARZA CERNA, | Date: April 25, 2023 |
| | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Dale A. Drozd |

**I.**

**STIPULATION**

1. The Court previously set this matter for final revocation hearing to take place on April 25, 2023.
2. Mr. Cerna needs additional time to adequately prepare for the final revocation hearing. He is investigating residential drug treatment centers that may admit him as part of a potential sentencing recommendation to the Court.
3. Mr. Cerna, without government objection, requests that the final revocation hearing be continued to May 23, 2023 at 9:30 a.m. The parties have confirmed that the Court and U.S. Probation Officer Becky Fidelman are available on the requested date.

IT IS SO STIPULATED.

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 20, 2023

*_/s/ Hootan Baigmohammadi_*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Cerna

Date: April 20, 2023

PHILLIP A. TALBERT
United States Attorney

*_/s/ Christopher Hales_*
CHRISTOPHER HALES
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: **April 20, 2023**

Dale A. Drozd
UNITED STATES DISTRICT JUDGE