HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Cerna

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:17CR224-DAD |
| | ) |
| Plaintiff, | ) **STIPULATION TO CONTINUE FINAL** |
| | ) **REVOCATION HEARING; FINDINGS AND** |
| vs. | ) **ORDER]** |
| | ) |
| ISAAC ESPARZA CERNA, | ) Date:   May 23, 2023 |
| | ) Time:  9:30 a.m. |
| Defendant. | ) Judge: Hon. Dale A. Drozd |
| | ) |

**I.**

**STIPULATION**

1.  The Court previously set this matter for final revocation hearing to take place on May 23, 2023.

2.  Mr. Cerna requires additional time to adequately prepare for the hearing.

3.  Mr. Cerna, without government objection, requests that the final revocation hearing be continued to June 13, 2023, at 9:30 a.m.  The parties have confirmed that the Court and U.S. Probation Officer Becky Fidelman are available on the requested date.

IT IS SO STIPULATED.

//

//

//

//

//

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 18, 2023        */s/  Hootan Baigmohammadi*
                          HOOTAN BAIGMOHAMMADI
                          Assistant Federal Defender
                          Attorneys for Defendant
                          Mr. Cerna

Date: May 18, 2023        PHILLIP A. TALBERT
                          United States Attorney

                          */s/ Christopher Hales*
                          CHRISTOPHER HALES
                          Assistant United States Attorney
                          Attorneys for Plaintiff

## O R D E R

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated:  **May 18, 2023**        _____
                                UNITED STATES DISTRICT JUDGE