§UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
June 13, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ISAAC ESPARZA CERNA,

    Defendant.

Case No. 2:17-CR-00224-DAD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ISAAC ESPARZA CERNA ,

Case No. 2:17-CR-00224-DAD , Charge 18 U.S.C. § 3606, from custody for the following reasons:

\_\_\_\_ Release on Personal Recognizance

\_\_\_\_ Bail Posted in the Sum of $ _____

    \_\_\_\_ Unsecured Appearance Bond $ _____

    \_\_\_\_ Appearance Bond with 10% Deposit

    \_\_\_\_ Appearance Bond with Surety

    \_\_\_\_ Corporate Surety Bail Bond

    **X** (Other): The Court sentenced the defendant to a term of imprisonment of time served as of 6/14/2023. Defendant Shall be Ordered Released on Wednesday, 6/14/2023 at 10:00 AM to representative of the Jericho Project.

Issued at Sacramento, California on June 13, 2023, at  *10:05*  a.m

By: *Dale A. Drozd*

District Judge Dale A. Drozd